# United States Bankruptcy Court
## District of Nevada

**Case No. 12−11533−mkn**
**Chapter 7**

In re: (Name of Debtor)
WILLIAM H. MERREN V
6166 MAST GLORIOUS CT.
NORTH LAS VEGAS, NV 89031

Social Security No.:
xxx−xx−9139

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐ WILLIAM H. MERREN V

IT IS ORDERED THAT LENARD E. SCHWARTZER is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 7/30/12

BY THE COURT

Mary A. Schott
Mary A. Schott
Clerk of the Bankruptcy Court